WETMORE *v.* DEAN.

139    627
f155    560

CERTIORARI—RETURN—CONCLUSIVENESS.
 The return of a justice of the peace to a writ of certiorari is
 conclusive.

Error to Mason; McAlvay, J. Submitted February 8,
1905. (Docket No. 107.) Decided April 21, 1905.

Assumpsit by Frank E. Wetmore against Charles M.
Dean for the amount of a judgment. Plaintiff had judg-
ment in the justice's court, and defendant appealed to the
circuit court by writ of certiorari. There was judgment
for defendant, and plaintiff brings error. Reversed.

*Wallace Foote*, for appellant.

*Virgil A. Fitch*, for appellee.

MOORE, C. J. The plaintiff obtained judgment in jus-
tice's court against defendant. The case was removed to
the circuit court by certiorari, where the judgment was
reversed. The case is brought here by writ of error.
There were a good many reasons assigned in the affidavit
for the writ why the judgment should be set aside. An
inspection of the record shows that each of these reasons
was fully answered by the return of the justice. This re-
turn must be regarded as conclusive. *Young* v. *Kelsey*,
46 Mich. 414; *Rawson* v. *McElvaine*, 49 Mich. 194;
*Mann* v. *Tyler*, 56 Mich. 564; *People* v. *Hux*, 68 Mich.
477. We think, instead of reversing the judgment of the
justice, it should have been affirmed.

Judgment is reversed, and the judgment rendered in
justice's court is affirmed, with costs of both courts.

CARPENTER, GRANT, BLAIR, and HOOKER, JJ., con-
curred.